UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 19-CR-00244** |
| **VERSUS** | **JUDGE MICHAEL J JUNEAU** |
| **ANTHONY SAL MELANCON, JR** | **MAG. JUDGE WHITEHURST** |

## REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, **ANTHONY SAL MELANCON, JR**, on December 14, 2020. For the proceeding, the prosecutor, defense counsel, and the court reporter all appeared by videoconference. The defendant appeared by videoconference as well. The defendant consented in writing to appearing by videoconference, and both he and his lawyer explained they had discussed the matter. The defendant's image and voice were clear, and he could see and hear the proceeding clearly.

The matter proceeded without the defendant physically present because, during the national emergency created by the novel coronavirus, he could not be physically present without seriously jeopardizing public health and safety. (See Tenth

Supplemental Order Regarding Court Operations Under Exigent Circumstances Created by the Covid-19 Pandemic implementing Coronavirus Aid, Relief, and Economic Security Act, H.R. 748 ["CARES Act"], and March 27, 2020, action by Judicial Conference authorizing videoconferencing under certain circumstances). The plea was not postponed based on a finding that delay of the plea would cause serious harm to the interests of justice because delaying the proceedings further to accommodate an in-person plea is impracticable given that there is no ascertainable end to the current national emergency stemming from the Covid-19 virus. The court specifically found that interests of justice will seriously be harmed by prolonged, indefinite delays of the plea hearing in light of the defendant's stated desire to plead guilty.

For the reasons orally assigned during the plea hearing, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count One of the Indictment is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, **ANTHONY SAL MELANCON, JR**, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that **ANTHONY SAL MELANCON, JR** be finally adjudged guilty of the offense charged in Count One of the Indictment.

The defendant has waived his right to file an objection to the Report

and Recommendation.

**THUS DONE AND SIGNED** in chambers at Lafayette, Louisiana this 15th day of December, 2020.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**